UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARON A. WINSMITH,

26-CV-5685 (AT) (VF)

Plaintiff,

**ORDER**

-against-

DAVID HARDCASTLE, et al.,

Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Thursday, December 3, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Thursday, December 3, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge